UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

D&D ELECTRICAL CONSTRUCTION
COMPANY, INC.,

                     Debtor

Chapter 11

Case No. 24-22694-shl

------------------------------------------------------------------X
BENFIELD ELECTRIC SUPPLY CORP., THE
COLONIAL ELECTRIC SUPPLY COMPANY, INC.,
COOPER ELECTRIC SUPPLY, LLC, MIDTOWN
ELECTRIC SUPPLY CORP., and IMPULSE
ELECTRICAL SUPPLY, INC. individually and on
behalf of all others similarly situated with regard to
that certain construction project located at 267 Bond
Street, Brooklyn, New York,

                     Plaintiffs,

            -against-

D&D ELECTRICAL CONSTRUCTION COMPANY,
INC., URBAN ATELIER GROUP, LLC, LIBERTY
MUTUAL INSURANCE COMPANY, BAYSIDE
GOWANUS OWNER, L.L.C., JF18 DRYWALL
CORP., ACE WIRE & CABLE CO, INC.
and "JOHN DOE No. 1" through "JOHN
DOE No. 100", et al

                     Defendants.

Adv. Pro. No. 25-07016

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS AND COMPLAINT IN ADVERSARY PROCEEDING**

------------------------------------------------------------------X

I, Arthur Semetis, attorney for Defendants Urban Atelier Group, LLC ("UAG"), Liberty Mutual Insurance Company ("Liberty") and Bayside Gowanus Owner, L.L.C., ("Owner"), am authorized to accept service on behalf of UAG, Liberty and Owner, and acknowledge that I have been served with a copy of the Summons and Complaint together with Exhibits A through J attached thereto, on July 15, 2025.

1

Dated: July 31, 2025

                                        **Arthur J. Semetis, P.C.**

                                        By: _____
                                                  Arthur Semetis, Esq.
                                        286 Madison Avenue
                                        Ste 1801
                                        New York, NY 10017
                                        212-557-5055
                                        asemetis@semetislaw.com